AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

FILED
2018 JUL 11 A 8:58

United States of America
v.

Steven Papazian (DOB: 1986)

*Defendant*

Case No. CR 18 94 WES

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   Steven Papazian, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2252(a)(4): Possession of child pornography; and
18 USC 2252(a)(2): Attempted receipt of child pornography.

Date: 7-3-18

*Issuing officer's signature*

City and state:   Providence, Rhode Island

Jeannine Noel, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/03/2018, and the person was arrested on *(date)* 07/10/2018 at *(city and state)* Providence, RI.

Date: 07/10/2018

*Arresting officer's signature*

CJ Wyant, SDUSM
*Printed name and title*